NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SLOT SPEAKER TECHNOLOGIES, INC.,**
*Plaintiff-Appellant*

v.

**APPLE, INC.,**
*Defendant-Appellee*

---

2018-2073

---

Appeal from the United States District Court for the Northern District of California in No. 4:13-cv-01161-HSG, Judge Haywood S. Gilliam, Jr.

---

**JUDGMENT**

---

DORIS JOHNSON HINES, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for plaintiff-appellant. Also represented by STEPHEN E. KABAKOFF, BENJAMIN SCHLESINGER, Atlanta, GA.

MARK CHRISTOPHER FLEMING, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for defendant-appellee. Also represented by SHIRLEY X. LI CANTIN, JASON H. LISS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 6, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court